# United States District Court
## For The Western District of North Carolina
## Asheville Division

Rodney Moucell Jones,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         1:09cv370

Sheriff Van Duncan,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Civil Rights Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/02/2009 Order.

                                   FRANK G. JOHNS, CLERK

October 2, 2009

                                   BY: s/ Tammy Hightower
                                       Tammy Hightower, Deputy Clerk